DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MATTHEW BATTAGLIA, BRIANNA BATTAGLIA (individually), and
BRIANNA BATTAGLIA As Trustee of the BLB TRUST,

Appellants,

v.

CENTAURI SPECIALTY INSURANCE COMPANY,

Appellee.

No. 2D2024-1888 & 2D2024-2789
CONSOLIDATED

_____

November 26, 2025

Appeal from the Circuit Court for Sarasota County; Danielle Lynn
Brewer, Judge.

Kimberly Innocent of The Innocent Law Firm, PLLC, Sunrise, and Ron
Renzy of Sunshine Appeals, P.A., Coral Springs, for Appellants.

Daniel S. Weinger and Joshua Miller of Luks, Santaniello, Petrillo, Cohen
& Peterfriend, Fort Lauderdale, for Appellee.


PER CURIAM.

        Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.